No. 92–2012. COCA-COLA BOTTLING COMPANY OF ELIZABETH-TOWN, INC., ET AL. *v.* COCA-COLA CO.; and

No. 92–2055. COCA-COLA BOTTLING COMPANY OF SHREVE-PORT, INC., ET AL. *v.* COCA-COLA CO. C. A. 3d Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of these petitions.

No. 93–128. STOLTZ, SPECIAL ADMINISTRATOR OF THE ESTATE OF STOLTZ, DECEASED *v.* FIRST PYRAMID LIFE INSURANCE COMPANY OF AMERICA ET AL. Sup. Ct. Ark. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 92–2016. JONES *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to correct clerical errors and omissions in the petition for writ of certiorari denied. Certiorari denied.

No. 92–8206. DUNLAP-MCCULLER *v.* RIESE ORGANIZATION ET AL. C. A. 2d Cir. Motion of NAACP Legal Defense & Educational Fund, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 92–8832. KIRKENDALL *v.* LARA ET AL. C. A. 5th Cir. Motion of petitioner for sanctions denied. Certiorari denied.

No. 93–4. CITY OF CHICAGO ET AL. *v.* BILLISH ET AL. C. A. 7th Cir. Motions of National League of Cities et al., Chicago Lawyers' Committee for Civil Rights Under Law et al., and National Urban League et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 93–17. PIPER AIRCRAFT CORP. *v.* CLEVELAND, BY AND THROUGH THE CONSERVATOR OF HIS ESTATE, CLEVELAND. C. A. 10th Cir. Motions of Aircraft Owners and Pilots Association and Aerospace Industries Association of America et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.